# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142780

MARK JOEL HENNING,
   Plaintiff-Appellee,

v

          SC: 142780
          COA: 302112
          Lenawee CC: 95-016651-DM

CATHY SUE HENNING,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the February 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011          _____
                Clerk

d0620